S. LANE TUCKER
United States Attorney

SETH BRICKEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: seth.brickey-smith@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>VINCENT LEE SLAUGHTER,<br><br>    Defendant. | No. 3:24-cr-00018-SLG-KFR |

**MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

    Comes now the United States of America, by and through the undersigned attorneys, and moves this Court for an order issuing the attached writ of habeas corpus ad prosequendum.

    VINCENT LEE SLAUGHTER, the defendant in this matter, is scheduled to appear before this Court on a date and time to be set by the Court. The defendant is also currently confined by the Alaska Department of Corrections.

//

Accordingly, the United States asks this Court to issue the attached writ of habeas corpus ad prosequendum, which directs the United States Marshal to remove the defendant from the institution of confinement and to bring the defendant before the Court for the proceeding on a date and time to be set by the Court and at any other times and dates on which proceedings are scheduled in this matter, and upon completion of each such proceeding to return the defendant to the custody of the Alaska Department of Corrections.

RESPECTFULLY SUBMITTED May 29, 2024, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ *Seth Brickey*
SETH BRICKEY
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2024 a true
and correct copy of the foregoing
was served electronically on all counsel of record.

s/ *Seth Brickey*